Clerk's Use Only
Initial for fee pd.:

Michael S. Neustel
Neustel Law Offices, LTD
2534 South University Drive, Suite 4
Fargo, North Dakota 58103
Telephone: (701) 281-8822/

ORIGINAL FILED
JAN - 9 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

SILVERLIT TOYS MANUFACTURY, LTD., a Hong Kong company, and SPIN MASTER LTD., a Canadian corporation,

　　　　Plaintiff(s),

　　v.

ABSOLUTE TOY MARKETING, INC. a Utah corporation, d.b.a. HOBBYTRON.COM; TIM GIBSON, an individual, and JIM ROYER, an individual

　　　　Defendant(s).

CASE NO. C 06-7966 (WDB)

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

　　Pursuant to Civil L.R. 11-3, Michael S. Neustel, an active member in good standing of the bar of the state of North Dakota, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Defendants ATM, Gibson, Royer in the above-entitled action.

　　In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
   Jason H. Wilson, Willenken Wilson Loh & Lieb, LLP, 707 Wilshire Blvd., Suite 3850, Los Angeles, CA 90017. Tel: 213-955-9240.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 1-05-07

RECEIVED
JAN - 9 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| SILVERLIT TOYS MANUFACTURY, LTD., a Hong Kong company, and SPIN MASTER LTD., a Canadian corporation,<br><br>Plaintiff(s),<br>v.<br>ABSOLUTE TOY MARKETING, INC. a Utah corporation, d.b.a. HOBBYTRON.COM; TIM GIBSON, an individual, and JIM ROYER, an individual,<br><br>Defendant(s). | CASE NO. C 06-7966 (WDB)<br><br>(Proposed)<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Michael S. Neustel , an active member in good standing of the bar of the state of North Dakota whose business address and telephone number (particular court to which applicant is admitted) is

Neustel Law Offices, LTD, 2534 South University Drive, Suite 4 Fargo, ND 58103. Telephone: (701) 281-8822; Facsimile: (701) 237-0544

, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Defendants ATM, Gibson and Royer.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 1-9-07

_____
United States Magistrate Judge