NEUSTEL LAW OFFICES, LTD
  Michael S. Neustel (ND Bar No. 05452) *Pro Hac Vice*
  michael@neustel.com
2534 South University Drive, Suite 4
Fargo, North Dakota 58103
Telephone:     (701) 281-8822
Facsimile:     (701) 237-0544

WILLENKEN WILSON LOH & LIEB LLP
  Jason H. Wilson (Bar No. 140269)
  jasonwilson@willenken.com
707 Wilshire Boulevard, Suite 3850
Los Angeles, California 90017
Telephone:     (213) 955-9240
Facsimile:     (213) 955-9250

Attorneys for Defendants
ABSOLUTE TOY MARKETING, INC.,
TIM GIBSON, and JIM ROYER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SILVERLIT TOYS MANUFACTORY LTD., a Hong Kong company, and SPIN MASTER LTD., a Canadian corporation,<br><br>        Plaintiffs,<br><br>   vs.<br><br>ABSOLUTE TOY MARKETING, INC., a Utah corporation, d.b.a. HOBBYTRON.COM; TIM GIBSON, an individual, and JIM ROYER, an individual,<br><br>        Defendants. | Case No.: C06-07966 CW<br><br>Honorable Claudia Wilken<br>Magistrate Wayne D. Brazil<br><br>**STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE HEARING DATES FOR MOTIONS FOR PRELIMINARY INJUNCTION AND TO TRANSFER** |

Pursuant to the Court's January 24, 2007 Order, Plaintiffs SILVERLIT TOYS MANUFACTORY LTD. and SPIN MASTER LTD. and Defendants ABSOLUTE TOY MARKETING, INC., TIM GIBSON, and JIM ROYER, make the following stipulations.

1.     The date of the hearing on Plaintiffs' motion for a preliminary injunction and Defendants' motion to transfer may be changed from Friday, February 16, 2007 to Friday, February 9, 2007.

2.     Defendants shall file their opposition to Plaintiffs' motion for preliminary injunction by Monday, January 29, 2007.

3.     Plaintiffs shall file their reply to Defendants' opposition to Plaintiffs' motion for preliminary injunction by Friday, February 2, 2007.

4.     Plaintiffs shall file their opposition to Defendants' motion to transfer by Monday, January 29, 2007.

5.     Defendants shall file their reply to Plaintiffs' opposition to Defendants' motion to transfer by Friday, February 2, 2007.

STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE HEARING DATES FOR
MOTIONS FOR PRELIMINARY INJUNCTION AND TO TRANSFER

1          Respectfully submitted,

2     DATED: <u>January 25, 2007</u>                    GREENBERG TRAURIG, LLP

3

4                                                By: <u>/s/ Vincent H. Chieffo</u>              .
                                                     Vincent H. Chieffo

5

6                                                Attorney for Plaintiffs
                                                 SILVERLIT   TOYS   MANUFACTORY
                                                 LTD. and SPIN MASTER LTD.

7

8                                                NEUSTEL LAW OFFICES, LTD

9

                                                 By: <u>/s/ Michael S. Neustel</u>            
10                                                    Michael S. Neustel

11                                               Attorneys for Defendants
                                                 ABSOLUTE TOY MARKETING, INC.,
12                                               TIM GIBSON, and JIM ROYER

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                            -3-              Case No. C06-07966 CW
        STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE HEARING DATES FOR
             MOTIONS FOR PRELIMINARY INJUNCTION AND TO TRANSFER

1

## <u>ORDER</u>

2

3      Pursuant to the foregoing stipulation of the parties, the date of the hearing on

4  Plaintiffs' motion for preliminary injunction and Defendants' motion to transfer shall

5  be changed to Friday, February 9, 2007.  Defendants shall file their opposition to

6  Plaintiffs' motion for preliminary injunction by Monday, January 29, 2007.

7  Plaintiffs shall file their reply to Defendants' opposition to Plaintiffs' motion for

8  preliminary injunction by Friday, February 2, 2007.  Plaintiffs shall file their

9  opposition to Defendants' motion to transfer by Monday, January 29, 2007.

10 Defendants shall file their reply to Plaintiffs' opposition to Defendants' motion to

11 transfer by Friday, February 2, 2007.

12

13 IT IS SO ORDERED.

14          1/26/07

15 Dated: _____          _____

16                                           Hon. Claudia Wilken

17                                           United States District Court Judge

18

19 Respectfully Submitted,

20 NEUSTEL LAW OFFICES, LTD.

21

22 By_____/s/ Michael S. Neustel_____.

23    Michael S. Neustel (*pro hac vice*)
      Attorneys for Defendants

24    ABSOLUTE TOY MARKETING, INC.,
      TIM GIBSON, and JIM ROYER

25

26

27

28

STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE HEARING DATES FOR
MOTIONS FOR PRELIMINARY INJUNCTION AND TO TRANSFER