GREENBERG TRAURIG, LLP
Vincent H. Chieffo (SBN 49069) (chieffov@gtlaw.com)
Gregory A. Nylen (SBN 151129) (nyleng@gtlaw.com)
Raymond B. Kim (SBN 162756) (kimr@gtlaw.com)
2450 Colorado Avenue, Suite 400E
Santa Monica, California  90404
Telephone:  (310) 586-7700
Facsimile:  (310) 586-7800

GREENBERG TRAURIG, LLP
William J. Goines (SBN 61290) (goinesw@gtlaw.com)
Cindy Hamilton (SBN 217951) (hamiltonc@gtlaw.com)
1900 University Avenue, Fifth Floor
East Palo Alto, California  94303
Telephone: (650) 328-8500
Facsimile: (650) 328-8508

Attorneys for Plaintiffs Silverlit Toys Manufactory
Ltd., a Hong Kong company, and Spin Master Ltd.,
a Canadian corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SILVERLIT TOYS MANUFACTORY LTD., a Hong Kong company, and SPIN MASTER LTD., a Canadian corporation,<br><br>Plaintiffs,<br><br>v.<br><br>ABSOLUTE TOY MARKETING, INC., a Utah corporation, *d.b.a.* HOBBYTRON.COM; TIM GIBSON, an individual, and JIM ROYER, an individual,<br><br>Defendants | Case No.    C 06 7966 CW<br><br>**STIPULATION TO LODGE EXHIBITS TO MOTION FOR PRELIMINARY INJUNCTION AND ORDER THEREON** |

1    Come now Plaintiffs Silverlit Toy Manufactory Ltd., a Hong Kong company, and Spin Master

2    Ltd., a Canadian corporation, (collectively, "Plaintiffs") and Absolute Toy Marketing, Inc., doing

3    business as Hobbytron.com ("Defendant"), by and through their respective counsel, and stipulate  as

4    follows:

5        1.    Plaintiffs may lodge the helicopter manufactured and marketed by Plaintiffs under the

6    name PicooZ, as Exhibit AA and the helicopter manufactured and marketed by Defendant under the

7    name PicoZ as Exhibit BB to Plaintiffs' Motion for Preliminary Injunction; and

8        2.    Defendant may lodge the helicopter manufactured and marketed by Plaintiff under the

9    name Havoc Heli.

10

11    Dated:  February 2, 2007.                    GREENBERG TRAURIG, LLP

12

13                                                By:  _/s/  *Vincent H. Chieffo*_____

14                                                     Vincent H. Chieffo

15                                                Attorneys for Plaintiffs Silverlit Toys Manufactory
                                                  Ltd. and Spin Master Ltd

16                                                .

17    Dated:  February 2, 2007.                   NEUSTEL LAW OFFICES, LTD.

18

19                                                By:  _/s/ *Michael S. Neustel*_____

20                                                     Michael S. Neustel

21                                                Attorneys for Defendant Absolute Toy Marketing,
                                                  Inc. dba Hobbytron.com

22                                                .

23        PURSUANT TO STIPULATION, IT IS SO ORDERED,

24                        2/6/07

25        Dated:_____

26                                                _____
                                                  HONORABLE CLAUDIA WILKENS

27                                                Judge, United States District Court

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ATTESTATION CLAUSE

I, William J. Goines, am the ECF User whose ID and password are being used to file this Stipulation to Lodge Exhibits to Motion For Preliminary Injunction and Order Thereon. In compliance with General Order 45, X.B., I hereby attest that Vincent H. Chieffo and Michael S. Neustel have concurred in this filing.


Date:  February 2, 2007                    GREENBERG TRAURIG LLP



                                        By:  /s/ William J. Goines
                                            William J. Goines
                                            _____



CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted below:

Michael S. Neustel, Esq.                Jason Haruo Wilson
Neustel Law Offices, Ltd.               Willenken Wilson Loh & Lieb, LLP
Email:  michael@neustel.com             Email:  jasonwilson@willenken.com


                                        By: /s/  William J. Goines
                                            William J. Goines

SV 346124828v1