IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVERLIT TOYS MANUFACTORY, LTD., a Hong Kong company; and SPIN MASTER LTD., a Canadian corporation,<br><br>    Plaintiffs,<br><br>  v.<br><br>ABSOLUTE TOY MARKETING, INC., a Utah corporation, dba HOBBYTRON.COM; TIM GIBSON; and JIM ROYER,<br><br>    Defendants. | No. C 06-7966 CW<br><br>PRELIMINARY INJUNCTION |

    Plaintiffs Silverlit Toys Manufactory, Ltd. (Silverlit) and Spin Master Ltd. (Spin Master) move for a preliminary injunction. Defendants Absolute Toy Marketing, Inc., d.b.a. HobbyTron.com, Tim Gibson and Jim Royer oppose the motion. As discussed in a separate order, the Court grants in part Plaintiffs' motion for a preliminary injunction.

    The Court hereby enjoins Defendants from (1) importing, advertising, forwarding, displaying (either on their website or otherwise), selling, offering for sale, or in any way commercially

exploiting the "Pico Z" or "Picco Z" products, their instruction manuals, or their packaging, as well as any and all other toy helicopters or products that are unlawful and unauthorized copies of the Silverlit Picoo Z Helicopter, the Picoo Z instruction manual, or the Picoo Z packaging; (2) displaying (either on their website or otherwise), reproducing, or in any way commercially exploiting copies (including images of) the Silverlit Picoo Z Helicopter, the Picoo Z instruction manual, or the Picoo Z packaging in any way, including, but not limited to, the importation, advertisement, forwarding, display (either on their website or otherwise), sale, offering for sale, or commercial exploitation of the "Pico Z" or "Picco Z" products, their instruction manuals, or their packaging; (3) engaging in any unauthorized use of Plaintiffs' federally registered Silverlit trademark and trade name and the common law Picoo Z trademark, including, without limitation, any confusingly similar variation, or colorable imitation thereof; (4) engaging in any further conduct suggesting or tending to suggest that the "Pico Z" or "Picco Z" products, their instruction manual, or their packaging are directly or indirectly sponsored by, approved by, or affiliated with Plaintiffs; and (5) engaging in any further acts conveying the impression to the public by their displays, marketing, advertising, packaging, displays, or otherwise that the "Pico Z" or "Picco Z" products, their instruction manuals, or their packaging are directly or indirectly sponsored by, approved by, or affiliated with Plaintiffs.

Pursuant to 17 U.S.C. § 503, 15 U.S.C. § 1118, and other

2

applicable law, Defendants, their officers, agents, servants, and employees, and any persons acting in concert or participation with them also are directed to deliver forthwith for impoundment, pending the resolution of this litigation, all products, instruction manuals, packaging, images, and promotional materials infringing on Plaintiffs' copyrights and trademarks or any simulation, reproduction, counterfeit, copy, confusingly similar variation, or colorable imitation thereof, and all plates, molds, matrices, and other means of making the same.

    The preliminary injunction takes effect on the filing of a $1,000 bond by Plaintiffs.

    IT IS SO ORDERED.

Dated: 2/9/07

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE