**United States District Court**
For the Northern District of California

1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE NORTHERN DISTRICT OF CALIFORNIA

3

4   SILVERLIT TOYS MANUFACTORY,                    No. 06-07966 CW

5        Plaintiff,                                ORDER GRANTING
                                                   STIPULATION TO
6     v.                                           EXTEND DEADLINES
                                                   FOR SUMMARY
7   ABSOLUTE TOY MARKETING INC.,                   JUDGMENT MOTION

8        Defendant.
                                        /
9   ─────────────────────────────────

10

11       Pursuant to the Stipulation to Extend Deadlines for Summary

12  Judgment Motion,

13  IT IS HEREBY ORDERED that:

14       1. The deadline for filing a Motion for Summary Judgment is

15  extended by two weeks to May 17, 2007;

16       2. The Opposition to the Motion for Summary Judgment will be

17  due on or before May 31, 2007;

18       3. The Reply will be due on or before June 7, 2007; and

19       4. The hearing date for a Motion for Summary Judgment will be continued to

20  Thursday, **June 21, 2007, at 2:00 p.m.**  The further Case Management Conference is

21  also continued to June 21, 2007.

22

23  Dated:   5/4/07                    _____

24                                     CLAUDIA WILKEN
                                       UNITED STATES DISTRICT JUDGE
25

26

27

28